UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,

vs. / Case No.: 2:10-cv-188-CEH-SPC

OYSTER BAY HOMES, INC., a Florida corporation, PEDRO DELGADO and MARGARITA DELGADO, citizens of Florida, KEVIN JACOBSON and RHONDA JACOBSON, citizens of Florida, RAYMOND OLER and DANETTE OLER, citizens of Florida, PETER WILLINGHAM and MARTY WILLINGHAM, citizens of Florida, MARILOU DESTACAMENTO and ALADIN DESTACAMENTO, citizens of Florida, RUSSELL BRUMBAUGH and CAROL BRUMBAUGH, citizens of Florida, and CHYRILLE McINTOSH, a citizen of Florida,

    Defendants.

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,

vs. / Case No.: 2:10-cv-191-JES-DNF

PAUL HOMES, INC., a Florida Corporation, RICHARD W. FULKS and BONNIE J. FULKS, citizens of Florida, MICHAEL NUKHO, EDWARD NUKHO and GEORGE NUKHO, citizens of New York, and SCOTT BARRY and JUDY BARRY, citizens of New Jersey,

    Defendants.

Case No: 2:10-cv-407-JES-DNF

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

        Plaintiff,

vs.                                               / Case No.: 2:10-cv-309-CEH-SPC

HANSEN HOMES OF SOUTH FLORIDA, a Florida corporation, JOHN NOWICKI, citizens of Florida, DAVID BORGARDT AND KATHERINE BORGARDT, citizens of Florida, TODD RISMILLER AND LISA RISMILLER, citizens of Florida, NATHAN EFRIES AND PATRICIA EFRIES, citizens of Florida, ROBERT VANCIO AND KAREN VANCIO, citizens of Florida , GLADYS VALLE, a citizen of Florida, WILLIAM BAILEY AND GEORGIA BAILEY, citizens of Florida, AMY COHAN AND BRADLEY COHAN, citizens of Florida, MICHAEL CANCIGLIA AND RUNDA CANCIGLIA, citizens of Florida, GARY STOPA AND SHARON STOPA, citizens of Florida, GIOVANNI LATONA AND CHRISTINE LATONA, citizens of Florida, JACK FASANO, a citizen of Florida, GARY BAKER AND LYNN BAKER, citizens of Florida, FRANK CARDENAS, a citizen of Florida, JANINE CALELLO AND PETER CALELLO, citizens of Florida, JOSHUA FRANKZE AND JULIANNE FRANKZE, citizens of Florida, WSVALDO MADRIGAL AND MARTHA MADRIGAL, citizens of Florida, TONY MORTON AND VERONICA MORTON, citizens of Florida, DAMIAN RIVERA AND SONIA RIVERA, citizens of Florida, MENDEL TIPTON AND DEBORAH TIPTON, citizens of Florida, JOSE ACOSTA AND SOFIA ACOSTA, citizens of Florida, HUYNH NGUYEN, a citizen of Florida, DAVID SIMS, a citizen of Florida, JANELLE CAPLE, a citizen of Florida, KIMBERLY CRICCO AND CARL CRICCO, citizens of Florida, MATTHEW DISTEL AND STEPHANIE DISTEL, citizens of Florida, LENNI FUGAZY AND JUSTIN FUGAZY, citizens of Florida, HANS JOACHIM KEHL, a citizen of Florida, PAUL LOWANDE AND RENE LOWANDE, citizens of Florida, MICHELE TALERCIO AND TOM TALERCIO, citizens of Florida, FRANK VOLLMAR AND ELIZABETH VOLLMAR, citizens of Florida, JOSEPH TALERCIO, a citizen of Florida, and WAYNE CARBONELL and KIMBERLY CARBONELL,

        Defendants.

14499580v1 0912847 56475

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

       Plaintiff,

vs.                                                  / Case No.: 2:10-cv-328-JES-SPC

AUBUCHON HOMES, INC., a Florida corporation, and JEFFREY D. KOTTKAMP and CYNTHIA KOTTKAMP, citizens of Florida,

       Defendants.

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

       Plaintiff,

vs.                                                  / Case No.: 2:10-cv-395-JES-DNF

ROBERT VAN HOUSE, a citizen of Florida, JEAN VAN HOUSE, a citizen of Florida, ED JACKSON, a citizen of New Jersey, DIANE JACKSON, a citizen of New Jersey, and VILLA DEVELOPMENT, INC. d/b/a VILLA HOMES OF SW FLORIDA, a Florida Corporation,

       Defendants.

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

       Plaintiff,

vs.                                                  / Case No.: 2:10-cv-396-CEH-DNF

PORTOFINO HOMES, a dissolved Florida Corporation, KYLE HIMMELBERGER and MARNIE HIMMELBERGER, citizens of Florida, ARTURO LOYNAZ, a citizen of Florida, LUIS MITJANS, a citizen of Florida, and RIGOBERTO RIVAS and MARIA RIVAS, citizens of Florida,

       Defendants.

Case No: 2:10-cv-407-JES-DNF

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

   Plaintiff,

vs.             / Case No.: 2:10-cv-407-JES-DNF

EASTMOND ENTERPRISES, INC., a Florida Corporation and ANN ROSKO, a citizen of Florida,

   Defendants.

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

   Plaintiff,

vs.             / Case No.: 2:10-cv-523-JES-DNF

BAYWOOD CONSTRUCTION, INC., a Florida Corporation, JERALD and MELISSA ADCOCK, citizens of Florida, DARLENE CANNISTRACI, a citizen of Florida, LEE and MELINDA FERGUSON, citizens of Florida, HARBHAJAN HAYRE, citizen of Massachusetts, JOHN and JAYCINE LESTER, citizens of Florida, LARRY SCHILLER, a citizen of Tennessee, EDWARD MANCINI and GRACE SOLVIK, citizens of New Jersey, HELEN REINO, a citizen of New Jersey, MARIE OCTOBRE, citizen of New York, LYNDON MERTZ, a citizen of North Dakota, WILSON FAJARDO and ESTHER GONZALEZ, citizens of Florida, MICHAEL ANDERSON and KARLA CAMPOS, citizens of Florida, ASHOK MALHOE, a citizen of Florida, ANGEL and YVETTE SANTIAGO, citizens of Florida, CARL and PAULETTE WATERS, citizens of Florida, MICHELE HWU, a citizen of California, and SUSAN NEVELS, a citizen of Florida,

   Defendants.

Case No: 2:10-cv-407-JES-DNF

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,

vs.    / Case No.: 2:10-cv-536-CEH-DNF

HEIGHTS PROPERTIES, LLC, a Florida Limited Liability Company, ANTHONY SPOTO and SHARON SPOTO, citizens of Florida, and MICHAEL SHEEHAN, a citizen of Florida,

    Defendants.

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,

vs.    / Case No.: 2:10-cv-538-CEH-DNF

GRAND HARBOUR HOMES, INC., a Florida Corporation, and DENNIS LANG and KAREN LANG, citizens of Florida,

    Defendants.

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,

vs.    / Case No.: 2:10-cv-561-JES-DNF

GOLD COAST HOMES OF S.W. FLORIDA, INC., an Administratively Dissolved Florida Corporation, and SHAWN ANDERSON and VICTORIA ANDERSON, citizens of Florida,

    Defendants.

Case No: 2:10-cv-407-JES-DNF

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY, a foreign corporation,<br><br>      Plaintiff,<br>vs.<br><br>GROFF CONSTRUCTION, INC., a Florida Corporation, NELSON MEDINA, a citizen of Florida, and JOHNNY ELMURR, a citizen of Florida,<br><br>      Defendants. | / Case No.: 2:10-cv-579-JES-SPC |
| MID-CONTINENT CASUALTY COMPANY, a foreign corporation,<br><br>      Plaintiff,<br>vs.<br><br>AMERICAN GALLERY DEVELOPMENT GROUP, LLC d/b/a AMERICAN GALLERY HOMES, a voided foreign limited liability company, THOMAS A. MULLEN and KATHLEEN C. MULLEN, citizens of New Jersey, and JAVIER RODRIGUEZ and CATALINA SEPULVEDA, citizens of Florida,<br><br>      Defendants. | / Case No.: 2:10-cv-591-CEH-SPC |

## MOTION REGARDING SPECIFIC RELIEF REQUESTED

Mid-Continent Casualty Company ("MCC") on behalf of itself and other parties, pursuant to this Court's Orders dated January 4, 2011, files this Motion informing the Court with specificity of the relief it is seeking. Pursuant to this Court's January 4, 2011 order, the parties have conferred in good faith regarding the relief MCC is requesting. The parties, with the exception of the Homeowners[1] and other parties[2], propose the following relief:

---

[1] It is the Homeowners' position that the mediations should include parties who have not been sued by MCC and should be conducted by a mediator who is not certified in the Middle District of Florida but who has handled other Chinese Drywall matters. Otherwise, the Homeowners agree to the remainder of the relief sought. The Homeowners are: Pedro Delgado, Margarita Delgado, Kevin Jacobson, Rhonda Jacobson, Raymond Oler, Danette Oler, Peter Willingham,

6

Case No: 2:10-cv-407-JES-DNF

1. The parties in these thirteen cases have an interest in exploring early settlement discussions.

2. To facilitate those settlement discussions, the parties request that the court stay any deadlines imposed by Case Management and Scheduling Orders previously entered in these cases, and postpone issuing any further Case Management and Scheduling Orders.

3. The parties propose that each case be mediated individually within ninety (90) days.

4. As the mediations are set in each case, the parties will file a Notice of Mediation in each case setting forth the date, time, and location of the mediation, along with the name of the selected Mediator.

5. Should mediation be unsuccessful, the parties shall file a Joint Case Management Report within ten (10) days of the completion of the last mediation. The Joint Case Management Report will establish new deadlines with the understanding that the parties intend to litigate the issues. The parties will set forth the issues for the Court in order to simplify the issues.

---

Marty Willingham, Marilou Destacamento, Aladin Destacamento, Chyrille McIntosh, Richard W. Fulks, Bonnie. J. Fulks, John Nowicki, Todd Rismiller and Lisa Rismiller, Robert Vancio and Karen Vancio, Gladys Valle, Michael Canciglia and Runda Canciglia, Gary Stopa and Sharon Stopa, Giovanni Latona and Christine Latona, Jack Fasano, Gary Baker and Lynn Baker, Janine Calello, Wsvaldo Madrigal and Martha Madrigal, Tony Morton and Veronica Morton, Damian Rivera and Sonia Rivera, Mendel Tipton and Deborah Tipton, David Sims, Matthew Distel and Stephanie Distel, Frank Vollmar and Elizabeth Vollmar, Jeffrey Kottkamp and Cynthia Kottkamp, Linda Reli, Keith Baker, Robert Van House, Jean Van House, Kyle Himmelberger and Marnie Himmelberger, Arturo Loynaz, Luis Mitjans, Rigoberto Rivas and Maria Rivas, Jerald and Melissa Adcock, John and Jaycine Lester, Larry Schiller, Marie Octobre, Wilson Fajardo and Esther Gonzalez, Anthony Spoto and Sharon Spoto, and Dennis Lang and Karen Lang.

[2] The following parties either have not made an appearance or have not responded to inquiries regarding their position: Michael Nukho, Edward Nukho and George Nukho, Scott Barry and Judy Barry, Amy Cohan and Bradley Cohan, Frank Cardenas, Peter Calello, Joshua Frankze and Julianne Frankze, Huynh Nuguyen, Janelle Caple, Kimberly Cricco and Carl Cricco, Lenni Fugazy and Justin Fugazy, Hans Joachim Kehl, Paul Lowande and Rene Lowande, Michele Talerci and Tom Talercio, Wayne Carbonell and Kimberly Carbonell, Vinings Insurance Company, Builders Insurance Group, Ed Jackson, Diane Jackson, Portofino Homes, Eastmond Enterprises, Ann Rosko, Darlene Cannistraci, Lee and Melinda Ferguson, Harbhajan Hayre, Edward Mancini and Grace Solvik, Lyndon Mertz, Michael Anderson and Karla Campos, Ashok Malhoe, Angel and Yvette Santiago, Carl and Paulette Waters, Michele Hwu, Susan Nevels, Heights Properties, LLC, Shawn Anderson and Victoria Anderson, Groff Construction, Inc., Nelson Medina, Johnny Elmurr, American Gallery Development Group, LLC d/b/a American Gallery Homes, Thomas A. Mullen and Kathleen C. Mullen, and Javier Rodriguez and Catalina Sepulveda. MCC will supplement this motion if counsel for these parties advises of their position regarding the relief sought herein.

6. The parties agree that a Case Management Conference is not necessary at this time. All parties agree with the relief described in this motion and there are no objections from any party as to the proposed relief.

WHEREFORE, the parties respectfully request that the Court enter an Order staying any deadlines imposed by Case Management and Scheduling Orders previously entered in these cases; postpone issuing any further Case Management and Scheduling Orders; and order the parties in each case to attend mediation within ninety (90) days.

Respectfully submitted,

s/Jody A. Tuttle
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Jody A. Tuttle
Florida Bar No. 737801
jtuttle@hinshawlaw.com
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Counsel for Mid-Continent Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2011, I electronically filed the foregoing with the Clerk of the Court and counsel of record by using the CM/ECF system.

s/ Jody A. Tuttle
Jody A. Tuttle
Florida Bar No. 737801
jtuttle@hinshawlaw.com
*Counsel for Mid-Continent Casualty Company*