UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY COMPANY, a
foreign corporation,

        Plaintiff,

vs.                      Case No. 2:10-cv-407-FtM-29DNF

EASTMOND ENTERPRISES, INC., a
Florida Corporation, ANN ROSKO, a
citizen of Florida,

        Defendants.
_____

**ORDER**

This cause is before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #19) filed on March 22, 2011. No appearance has been entered, and no answers or motions for summary judgment have been filed by defendants. Therefore, the voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ENTERED** at Fort Myers, Florida, this  23rd  day of March, 2011.

JOHN E. STEELE
United States District Judge

Copies to:
Hon. Douglas N. Frazier
Parties of record
BJ Herren